UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WYATT PHILPOT | ) |
| Plaintiff, | ) CASE NO. 1:21-cv-284 |
| | ) |
| v. | ) JUDGE MATTHEW W. MCFARLAND |
| | ) |
| CENTURY MOLD COMPANY, INC. | ) MAGISTRATE JUDGE KAREN L. LITKOVITZ |
| Defendant. | ) |
| | ) **STIPULATION OF DISMISSAL** |

Plaintiff Wyatt Philpot and Defendant Century Mold Company, Inc., by and through counsel, hereby state that all claims asserted in this action are hereby dismissed with prejudice, each party to bear his or its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Matthew G. Bruce (per 5/23/2022 email consent) | /s/ Alexandria A. Gardella |
| Matthew G. Bruce (0083769) | Bruce G. Hearey (0009087) |
| The Spitz Law Firm, LLC | Alexandria A. Gardella (0100000) |
| 11260 Chester Road, Suite 825 | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| Cincinnati, OH  45246 | Key Tower |
| 216.291.4744 ext. 173 | 127 Public Square, Suite 4100 |
| 216.291.5744 | Cleveland, OH  44114 |
| matthew.bruce@spitzlawfirm.com | 216.241.6100 |
| | 216.357.4733 (FAX) |
| | bruce.hearey@ogletree.com |
| | alexandria.gardella@ogletree.com |
| | |
| | *Attorneys for Defendant* |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2022, a copy of the foregoing *Stipulation of Dismissal* was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Alexandria A. Gardella*
Alexandria A. Gardella (0100000)

*One of the Attorneys for Defendant*